IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES T. JONES, :
        Plaintiff, :
   v. : Case No. 3:16-cv-266-KRG-KAP
PEGGY BAUGHMAN, *et al.*, :
        Defendants :

## Order

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72. The Magistrate Judge filed a Report and Recommendation on October 28, 2020 at ECF No. 119, recommending that the motion for summary judgment filed at ECF No. 90 by the sole remaining defendant, Dr. Muhammad Naji, be granted.

Plaintiff was notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed a motion at ECF No. 120, seeking additional time to file objections because restrictions within the prison were limiting his access to the law library and inmate legal assistance. That motion is denied because the defects in plaintiff's evidence are not ones curable by legal research. Further, I have conducted *de novo* review of the record in this matter.

After *de novo* review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 24th day of November 2020, it is

ORDERED that the motion for summary judgment at ECF No. 90 is GRANTED. The Report and Recommendation at ECF No. 119 is adopted as the opinion of the Court. The Clerk shall mark this case closed.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Charles T. Jones, AY-6853
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000